UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DAYANA ILIANA SERRANO MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00037-SEB-KMB |
| | ) | |
| SCOTT A. MAPLES, JR. Sheriff of Clark County, Indiana, | ) | |
| SAM OLSON Field Office Director, ICE Chicago Field Office, | ) | |
| KRISTI NOEM Secretary, United States Department of Homeland Security, | ) | |
| PAM BONDI Attorney General of the United States, | ) | |
| DIRECTOR U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending (including an emergency motion, dkt. [2]), makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clark County Respondent. Process will consist of the petition (dkt. [1]), exhibits (dkts. [1-1] through [1-5]), and this Order.

3. The respondents will have **through February 17, 2026**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **four days after service of the answer** to reply.

1

4.  The weight of authority supports Petitioner's position—that ICE's authority to detain a noncitizen discovered within the country does not derive from § 1225(b), so Petitioner is at minimum entitled to a bond hearing and not subject to mandatory detention. *See, e.g., Cazarez-Gonzales v. Olson*, No. 2:25-CV-590 (S.D. Ind. Dec. 5, 2025) (citing cases); *see also Castañon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048, 1061 (7th Cir. 2025) (stating that "Plaintiffs have the better argument on the current record" referring to argument that "ICE's authority to detain a noncitizen discovered within the country derives from § 1226(a) and not from § 1225(b)."). In their response, the respondents must explain why this Court should reach a different result here.

5.  The respondents shall not transfer Petitioner outside the jurisdiction of the United States or transfer her to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin during the pendency of this habeas petition. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter*."); United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

6.  In her emergency motion, Petitioner asks the Court to (1) set an expedited response deadline, (2) set this matter for expedited hearing, (3) order Petitioner released pending final adjudication, and (4) enjoin Petitioner's transfer or removal during the petition's pendency. Dkt. 2. The emergency motion, dkt. [2], is **granted in part** to the extent it is consistent with the rest of the matters ordered above. All other requests are **denied without prejudice** and may be refiled as necessary.

**IT IS SO ORDERED.**

Date:    2/10/2026

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Sheriff Scott A. Maples, Jr.
Clark County Sheriff's Office
501 East Court Avenue
Jeffersonville, IN 47130

Courtesy copies (by electronic mail):

    Jeff Lowe, Kightlinger and Gray (jlowe@k-glaw.com)

    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)